UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRY M. GRIFFIN                                              CIVIL ACTION

VERSUS                                                        NUMBER: 05-6088

LAFOURCHE PARISH SCHOOL BOARD,                                SECTION: "A"(5)
ET AL.

O R D E R

The Court, having considered the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

New Orleans, Louisiana, this  26  day of  June  , 2006.

_____
UNITED STATES DISTRICT JUDGE